JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, | Case No. CV 20-7804 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CHINESE GARDEN RESTAURANT INC.; WAYNE HONG JUNG and MING YOUNG JUNG, individually and as trustees of the WAYNE HONG AND MING YOUNG JUNG FAMILY TRUST DATED 10/28/2005; and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's December 4, 2020 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 4, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE